UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALJEET KAUR SANDHU, et al.,

Plaintiffs,

v.

JEFFERSON B SESSIONS, et al.,

Defendants.

Case No.18-cv-05971-JSC

**ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Re: Dkt. Nos. 19, 21

Plaintiff brought this immigration mandamus action alleging that the U.S. Citizenship and Immigration Services improperly revoked her Form I-130 immigration visa petition for her mother.  Plaintiff filed her motion for summary judgment on May 15, 2019.  (Dkt. No. 19.) Defendants filed their opposition and cross-motion for summary judgment on June 14, 2019. (Dkt. No. 21.)  Plaintiff, who is represented by counsel, did not file an opposition to Defendants' cross-motion within the time to do so nor has she otherwise communicated with the Court.  The Court therefore VACATES the August 1, 2019 hearing date and ORDERS Plaintiff to file a statement by July 30, 2019 indicating whether she is still pursuing this action.  The Court will take the matter under submission as of July 30, 2019.

**IT IS SO ORDERED.**

Dated: July 31, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California